# Court of Appeals
# of the State of Georgia

ATLANTA,  August 04, 2023

*The Court of Appeals hereby passes the following order:*

## A23A1731. ELIZABETH JANE ROBINSON v. RYAN DAVIS WEBB.

Elizabeth Jane Robinson and Ryan Davis Webb were divorced in September 2021. In November 2021, Robinson filed a petition for contempt of the divorce decree against Webb. The trial court denied Robinson's petition for contempt, and Robinson filed this direct appeal. We lack jurisdiction.

Appeals from "judgments or orders in divorce, alimony, and other domestic relations cases" including orders "holding or declining to hold persons in contempt" must be made by application for discretionary appeal. OCGA § 5-6-35 (a) (2). The underlying action – a contempt petition from a divorce decree – is a domestic relations case that requires compliance with the discretionary appeal statute. See *Russo v. Manning*, 252 Ga. 155, 155 (312 SE2d 319) (1984). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Robinson's failure to follow the proper appellate procedure deprives us of jurisdiction to consider this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,  08/04/2023*
      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, Clerk.